UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STACIE ANNE SEBASTIAN,

      Plaintiff,                                     Case No. 1:13-CV-792

v.                                                      HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's September 3, 2014 Report and Recommendation recommending that the Commissioner's decision be reversed and the matter be remanded to the Commissioner to evaluate Dr. Siddiqui's opinions in a manner consistent with the standard set forth in *Wilson v. Commissioner of Social Security*, 378 F.3d 541, 545 (6th Cir. 2004). The Report and Recommendation was duly served on the parties on September 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Accordingly, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued September 3, 2014 (dkt. #19), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with this Order.

This case is **concluded**.

Dated: September 24, 2014                              /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE